THE BOROUGH OF ORADELL, APPELLANT, v. STATE
BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Argued May 21, 1941—Decided September 19, 1941.

For the appellant, *George W. Babcock.*

For the respondents, *David T. Wilentz,* Attorney-General,
and *Milton, McNulty & Augelli.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, CASE, DONGES, HEHER, COLIE, DEAR, WELLS, WOLFS-
KEIL, RAFFERTY, HAGUE, THOMPSON, JJ.   13.

*For reversal*—PERSKIE, J.   1.

JEAN   SULLIVAN,   RESPONDENT,   v.   COAST   CITIES
COACHES, INC., ET AL., APPELLANTS.

Submitted May 31, 1941—Decided September 19, 1941.

For the respondent, *Abraham R. Klitzman.*

For the appellants, *Charles A. Rooney.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—The Chancellor, Case, Bodine, Donges, Heher, Porter, Colie, Dear, Wells, WolfsKeil, Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES D. LAYTON, PLAINTIFF IN ERROR.

Submitted May 31, 1941—Decided September 19, 1941.

For the defendant in error, *Edward F. Juska,* special prosecutor of the pleas.

For the plaintiff in error, *Howard M. Lawn (Vincent J. McCue,* of counsel).

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—The Chancellor, Case, Bodine, Donges, Heher, Porter, Colie, Dear, Wells, WolfsKeil, Rafferty, Thompson, JJ. 12.

*For reversal*—None.